UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL OCHOA, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STERICYCLE, INC.,<br><br>　　　　Defendant. | Case No.  C 08-05219 CRB<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

　　　Based upon the parties' stipulation, IT IS HEREBY ORDERED that the Case Management Conference is rescheduled from February 27, 2009 to Friday, March 20, 2009, at __8:30__ a .m., before the Honorable Charles R. Breyer.

　　　Dated this 6th day of __February__, 2009.

BY THE COURT:

_____
CHARLES R. BREYER
U.S. DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer

4818-5562-6755.1