1  JASON RABINOWITZ, SBN 183822
   ZACHARY N. LEEDS, SBN 257395
2  **BEESON, TAYER & BODINE, APC**
   1404 Franklin Street, Fifth Floor
3  Oakland, CA  94612
   Telephone:     (510) 625-9700
4  Facsimile:     (510) 625-8275
   Email:         jrabinowitz@beesontayer.com
5                 zleeds@beesontayer.com

6  Attorneys for Plaintiffs

7
   PARSONS BEHLE & LATIMER
8  RAYMOND J. ETCHEVERRY (admitted pro hac vice)
   W. MARK GAVRE (admitted pro hac vice)
9  One Utah Center
   201 South Main Street, Suite 1800
10 Salt Lake City, UT 84111
   Telephone: (801) 532-1234
11 Facsimile: (801) 536-6111
   Email: retcheverry@parsonsbehle.com
12 mgavre@parsonsbehle.com

13 BRUNO W. KATZ, State Bar No. 174876
   ARCH Y. STOKES (permanently admitted to this Court)
14 SHEA STOKES ROBERTS & WAGNER
   510 Market Street, Third Floor
15 San Diego, CA 92101-7025
   Telephone: (619) 232-4261
16 Facsimile: (619) 232-4840
   Email: astokes@sheastokes.com
17 bkatz@sheastokes.com

18 Attorneys for Defendant

19

20                    **UNITED STATES DISTRICT COURT CA**

21              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

22                          **AT SAN FRANCISCO**

| | |
|---|---|
| 23 JOEL OCHOA, et al., | Case No. 3:08-CV-05219 CRB |
| 24           Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO RESET INITIAL CASE MANAGEMENT CONFERENCE DEADLINES** |
| 25     v. | |
| 26 STERICYCLE, INC., | Hearing Date:    March 20, 2009<br>Hearing Time:   8:30 a.m. |
| 27           Defendant. | Judge:         Charles R. Breyer<br>Complaint Filed:  November 19, 2008 |

28

**STIPULATION AND [PROPOSED] ORDER TO RESET INITIAL CASE                    104719
MANAGEMENT CONFERENCE DEADLINES**
Case No. 3:08-CV-05219 CRB

1    Whereas on February 6, 2009, the Court rescheduled the initial case management conference

2    in this matter from February 27, 2009 to March 20, 2009, the parties hereby stipulate that, and

3    respectfully request that the Court set, the deadlines contained in Magistrate Judge Chen's

4    November 19, 2008 Order regarding Initial Case Management Conference and ADR Deadlines be

5    moved to coincide with the rescheduled initial case management conference as follows:

6    **February 27, 2009**, shall be the last day to meet and confer re: initial disclosures, early

7    settlement, ADR process selection, and discovery plan; the last day to file ADR Certification signed

8    by Parties and Counsel; and the last day to file either Stipulation to ADR Process or Notice of Need

9    for ADR Phone Conference (already filed); and

10    **March 13, 2009**, shall be the last day to file the Rule 26(f) Report, complete initial

11    disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

12        Dated:  February 17, 2009                    BEESON, TAYER & BODINE, APC

13                                                     By:    /s/ Zachary N. Leeds
                                                            JASON E. RABINOWITZ
14                                                          ZACHARY N. LEEDS

15                                                   Attorneys for Plaintiffs
        Dated:  February 17, 2009
16                                                   PARSONS BEHLE & LATIMER

17                                                   By:    /s/ W. Mark Gavre
                                                            RAYMOND J. ETCHEVERRY
18                                                          W. MARK GAVRE

19                                                   Attorneys for Defendant

20

21    **SO ORDERED:**

22        Dated:   February 18, 2009

23                                                   _____
                                                     UNITED STATES
24

25

26

27

28
                                                                                                2

STIPULATION AND [PROPOSED] ORDER TO RESET INITIAL CASE                               104719
MANAGEMENT CONFERENCE DEADLINES
Case No. 3:08-CV-05219 CRB