**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL OCHOA, et al.,

      Plaintiffs,

  v.

STERICYCLE, INC.,

      Defendant.

No. C 08-05219 CRB

**ORDER**

Now pending before the Court is the parties' stipulation for protective order.  The parties' stipulation is DENIED without prejudice to their resubmitting a proposed stipulation that complies with Civil Local Rule 79-5 and provides for the sealing of court transcripts only upon order of the Court.  In addition, the proposed stipulation provides no justification for the paragraph 9 provision that allows for the designation of an entire deposition transcript as confidential if confidential information is discussed or used in only part of the deposition.

**IT IS SO ORDERED.**

Dated: May 12, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\5219\orderrestipulation.wpd