1  JASON RABINOWITZ, SBN 183822
   COSTA KERESTENZIS, SBN 186125
2  BEESON, TAYER & BODINE, APC
   1404 Franklin Street, Fifth Floor
3  Oakland, CA 94612
   Telephone:    (510) 625-9700
4  Facsimile:    (510) 625-8275
   Email:        ckerestenzis@beesontayer.com; jrabinowitz@beesontayer.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| JOEL OCHOA, SELVIN ZECENA, VICTOR M. HERNANDEZ, SANTOS GONZALEZ, VINCENT D. BURNS, JOEL LOMELI, MIGUEL A. GARCIA, GUSTAVO RODRIGUEZ, WILIAN R. RIVERA, JAVIER ELIAS, JUAN VASQUEZ, JUAN ESPANA, BENJAMIN HERNANDEZ, JULIO SIGUENZA, MARCO CHICAS, AGUSTIN LOPEZ, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STERICYCLE, INC.,<br><br>Defendant. | Case No. 3:08-CV-05219 CRB<br><br>**STIPULATION RE CONTINUANCE**<br><br>Hearing Date:    August 7, 2009<br>Hearing Time:    10:00 a.m.<br>Courtroom:       8 (19th Floor)<br>Judge:           Charles R. Breyer<br>Complaint Filed: November 19, 2008<br>Trial Date:      Unknown |
|---|---|

SUBJECT TO APPROVAL OF THE COURT, the parties to the above-referenced matter hereby respectfully request a continuance of the Case Management Conference currently scheduled for August 7, 2009 at 10:00 a.m. The parties request a 45 day continue to the week of September 14, 2009. It is the parties understanding that Case Management Conferences are currently set for Fridays at 8:30 a.m. Thus, the parties request a continuance to September 18, 2009 at 8:30 a.m.

The parties contend there is good cause for this request. At the initial Case Management Conference the Court inquired about the putative Class size and damages. In order to assess both, the Court ordered the parties to comply with discovery requests.

1

STIPULATION; PROPOSED ORDER
Case No. 3:08-CV-05219 CRB

115918.doc

1  Defendant then produced to Plaintiffs' counsel payroll and other time records for the putative
2  Class going back five (5) years. That production involves, in estimation, over a million data or time
3  entries. Plaintiffs' counsel is in the process of reviewing and analyzing the records and entries. The
4  continuance request is thus being made so that Plaintiffs' counsel can have sufficient time to
5  complete that analysis, as the information discovered will be helpful for the parties and Court's
6  knowledge in relation to scheduling, and other Case Management Conference issues.

Dated: July 14, 2009                                    BEESON, TAYER & BODINE, APC

                                                        By:    /s/
                                                        _____
                                                        COSTA KERESTENZIS
                                                        Attorneys for Plaintiffs

Dated: July 14, 2009                                    PARSONS, BEHLE & LATIMER

                                                        By:    /s/
                                                        _____
                                                        W. MARK GAVRE
                                                        Attorneys for Defendant

## ORDER

Based upon the good cause set forth above, the Court hereby continues the Case Management Conference set in this matter for August 7, 2009 at 10:00 a.m., to September 18, 2009 at ~~10:00~~ 8:30 a.m. All related deadlines, including submission of a joint Case Management Conference shall also be appropriately continued.

**Dated:** July 14, 2009

                                                        _____
                                                        Hon. CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer