```
PARSONS BEHLE & LATIMER
RAYMOND J. ETCHEVERRY
RETCHEVERRY@PARSONSBEHLE.COM
W. MARK GAVRE
MGAVRE@PARSONSBEHLE.COM
One Utah Center
201 South Main Street
Suite 1800
Salt Lake City, Utah  84111
Telephone:    801.532.1234
Facsimile:     801.536.6111

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL OCHOA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STERICYCLE, INC.,<br><br>    Defendant. | Case No. C 08-05219 CRB<br><br>**PARTIES' STIPULATION TO SHORTEN TIME FOR HEARING** |

Pursuant to Civil L.R.6-1 and subject to approval of the Court, the parties to the above-referenced action hereby stipulate to and respectfully request to shorten the time for the hearing on Defendant's Objection to Opposing Counsel's Conduct and Motion for Injunctive Relief ("Defendant's Motion") filed on August 24, 2009, and to extend the deadlines for briefing on Defendant's Motion. Currently, the Case Management Conference is scheduled for 8:30 a.m. on September 18, 2009, and the parties request that the hearing on Defendant's Motion and the Case Management Conference be held on the same day at 10:00 a.m.

The parties specifically stipulate as follows:

a. The hearing on Defendant's Motion be set for 10:00 a.m. on September 18, 2009;

b. The Case Management Conference currently set for 8:30 a.m. on September 18, 2009 be rescheduled to 10:00 a.m. on September 18, 2009;

4840-5344-7940.1

c. Plaintiffs may have to and including Friday, September 4, 2009 in which to file a memorandum in opposition to Defendant's Motion; and

d. Defendant may have to and including Friday, September 11, 2009 in which to file a reply memorandum in support of Defendant's Motion.

Dated: August 27, 2009          PARSONS BEHLE & LATIMER

By: /s/ _____
    W. Mark Gavre

Attorneys for Defendant

BEESON, TAYER & BODINE, APC

By: /s/ _____
    Jason Rabinowitz

Attorneys for Plaintiffs

## ORDER

Based upon the stipulation of the parties and good cause set forth above, the Court hereby orders:

a. The hearing on Defendant's Objection to Opposing Counsel's Conduct and Motion for Injunctive Relief shall be held at 10:00 a.m. on September 18, 2009;

b. The Case Management Conference in the instant case shall be held at 10:00 a.m. on September 18, 2009;

c. Plaintiffs may have to and including Friday, September 4, 2009 in which to file a memorandum in opposition to Defendant's Motion; and

d. Defendant may have to and including Friday, September 11, 2009 in which to file a reply memorandum in support of Defendant's Motion.

Dated: August 28, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer