Parsons Behle & Latimer
Raymond J. Etcheverry
REtcheverry@parsonsbehle.com
W. Mark Gavre
MGavre@parsonsbehle.com
One Utah Center
201 South Main Street
Suite 1800
Salt Lake City, Utah 84111
Telephone:   801.532.1234
Facsimile:   801.536.6111

Attorneys for Defendant

JASON RABINOWITZ, SBN 183822
DAVID C. COLEMAN, SBN 261418
**BEESON, TAYER & BODINE, APC**
1404 Franklin Street, Fifth Floor
Oakland, CA 94612
Telephone:   (510) 625-9700
Facsimile:   (510) 625-8275
Email:        jrabinowitz@beesontayer.com
              dcoleman@beesontayer.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL OCHOA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STERICYCLE, INC.,<br><br>    Defendant. | Case No. 3:08-CV-05219 CRB (ADR)<br><br>**PARTIES' STIPULATION TO CONTINUE HEARING ON STERICYCLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO SET TIME FOR FILING RULE 56(F) AFFIDAVIT; AND [PROPOSED] ORDER** |

Stericycle's Motion for Partial Summary Judgment (the "Motion") was filed on September 11, 2009. Plaintiffs' response to the Motion was due on October 9, 2009, and the Motion was scheduled to be heard on October 30, 2009. The parties to the above-referenced action hereby stipulate to the following and request:

    (a)    That the October 30, 2009 hearing date set for the Motion be vacated;

1     (b)     That the hearing date on the Motion be continued to 10:00 a.m. on December 18, 2009; and

    (c)     That Plaintiffs have to and including October 23, 2009 to file any Federal Rule of Civil Procedure 56(f) affidavits relating to the Motion.

Dated: October 13, 2009         PARSONS BEHLE & LATIMER

By:   /s/ W. Mark Gavre
      W. Mark Gavre

Attorneys for Defendant

BEESON, TAYER & BODINE, APC

By:   /s/ Jason Rabinowitz
      Jason Rabinowitz

Attorneys for Plaintiffs

**ORDER**

Based upon the stipulation of the parties and good cause set forth above, the Court hereby orders:

    (a)     That the October 30, 2009 hearing date set for Stericycle's Motion for Partial Summary Judgment be vacated;

    (b)     That the hearing on Stericycle's Motion for Partial Summary Judgment be continued to 10:00 a.m. on December 18, 2009; and

    (c)     That the Plaintiffs have to and including October 23, 2009 to file any Federal Rule of Civil Procedure 56(f) affidavits relating to Stericycle's Motion for Partial Summary Judgment.

Dated: October 15, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer