1  JASON RABINOWITZ, SBN 183822
   DAVID C. COLEMAN, SBN 261418
2  **BEESON, TAYER & BODINE, APC**
   1404 Franklin Street, Fifth Floor
3  Oakland, CA  94612
   Telephone:    (510) 625-9700
4  Facsimile:    (510) 625-8275
   Email:        jrabinowitz@beesontayer.com
5                dcoleman@beesontayer.com

6  Attorneys for Plaintiffs

7
   **PARSONS BEHLE & LATIMER**
8  Raymond J. Etcheverry
   REtcheverry@parsonsbehle.com
9  W. Mark Gavre
   MGavre@parsonsbehle.com
10 Nicole Farrell
   NFarrell@parsonsbehle.com
11 One Utah Center
   201 South Main Street
12 Suite 1800
   Salt Lake City, Utah  84111
13 Telephone:    801.532.1234
   Facsimile:    801.536.6111
14
   Attorneys for Defendant
15

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL OCHOA, et al., | Case No. 3:08-CV-05219 CRB (ADR) |
| Plaintiffs, | **PARTIES' STIPULATION TO CONTINUE TIME FOR FILING RULE 56(F) AFFIDAVIT; AND [PROPOSED] ORDER** |
| v. | |
| STERICYCLE, INC., | |
| Defendant. | |

Stericycle's Motion for Partial Summary Judgment (the "Motion") was filed on September 11, 2009.  Plaintiffs' Federal Rule of Civil Procedure 56(f) affidavits relating to the Motion are currently due on October 23, 2009, and the Motion is scheduled to be heard on December 18, 2009.  The parties to the above-referenced action hereby stipulate that Plaintiffs

have up to and including October 30, 2009, to file any Federal Rule of Civil Procedure 56(f) affidavits relating to the Motion.

Dated: October 22, 2009     PARSONS BEHLE & LATIMER

By: /s/ Nicole Farrell
    Nicole Farrell

Attorneys for Defendant

Dated: October 22, 2009     BEESON, TAYER & BODINE, APC

By: /s/ David C. Coleman
    David C. Coleman

Attorneys for Plaintiffs

**ORDER**

Based upon the stipulation of the parties and good cause set forth above, the Court hereby orders that the Plaintiffs have up to and including October 30, 2009, to file any Federal Rule of Civil Procedure 56(f) affidavits relating to Stericycle's Motion for Partial Summary Judgment.

Dated: October 22, 2009

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer