BEESON, TAYER & BODINE, APC
Jason Rabinowitz, SBN 183822
David C. Coleman, SBN 261418
1404 Franklin Street, Fifth Floor
Oakland, CA 94612
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: jrabinowitze@beesontayer.com
dcoleman@beesontayer.com

Attorneys for Plaintiffs

Parsons Behle & Latimer
Raymond J. Etcheverry
REtcheverry@parsonsbehle.com
W. Mark Gavre
MGavre@parsonsbehle.com
One Utah Center
201 South Main Street
Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL OCHOA, et al., | Case No. 3: 08-CV-05219 CRB |
| Plaintiffs, | **PARTIES' STIPULATION TO RESCHEDULE HEARING ON STERICYCLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND [PROPOSED] ORDER** |
| v. | |
| STERICYCLE, INC., | |
| Defendant. | |

Stericycle's Motion for Partial Summary Judgment (the "Motion") was filed on September 11, 2009. Plaintiffs' response to the Motion was originally due on October 9, 2009, and the Motion was scheduled to be heard on October 30, 2009.

Subsequently, on October 13, 2009 the parties stipulated that (a) the hearing on the Motion be continued to December 18, 2009, and (b) Plaintiffs may have to October 23, 2009 to file any Rule 56(f) affidavits relating to the Motion. The Court signed an Order embodying the terms of the parties' stipulation on October 15, 2009 [Document 63].

4828-5485-2869.1

On October 19, 2009, the parties stipulated that Plaintiffs may have to October 30, 2009 to file any Rule 56(f) affidavits relating to Stericycle's Motion. The Court signed an Order allowing Plaintiffs the time extension on October 22, 2009 [Document 65].

Plaintiffs have decided not to file a Rule 56(f) affidavit, and instead intend to take two depositions in anticipation of filing a memorandum in opposition to Stericycle's Motion. Accordingly, the parties agree and stipulate to the following and request:

(a) That Plaintiffs will take the depositions of Patrick Cott and Richard Kogler on December 8 and 9, 2009 in Salt Lake City, Utah;

(b) That Plaintiffs may have to and including January 7, 2010 in which to file any memorandum in opposition to Stericycle's Motion;

(c) That Stericycle may have to and including January 21, 2010 to file a reply memorandum in support of its Motion;

(d) That the December 18, 2009 hearing on Stericycle's Motion be vacated; and

(e) That the hearing on Stericycle's Motion be continued to 10:00 a.m. on Friday, February 5, 2010.

Dated: November 13, 2009                     PARSONS BEHLE & LATIMER


                                             By:  /s/ W. Mark Gavre
                                                  W. Mark Gavre

                                             Attorneys for Defendant


Dated: November 13, 2009                     BEESON, TAYER & BODINE, APC


                                             By:  /s/ Jason Rabinowitz
                                                  Jason Rabinowitz

                                             Attorneys for Plaintiffs

PARSONS BEHLE & LATIMER

**ORDER**

Based upon the stipulation of the parties and good cause set forth above, the Court hereby orders:

(a) That plaintiffs may have to and including January 7, 2010 in which to file a memorandum in opposition to Stericycle's Motion for Partial Summary Judgment;

(b) That Stericycle may have to and including January 21, 2010 in which to file a reply memorandum in support of its Motion for Partial Summary Judgment;

(c) That the December 18, 2009 hearing set for Stericycle's Motion for Partial Summary Judgment is vacated; and

(d) That the hearing on Stericycle's Motion for Partial Summary Judgment is rescheduled to 10:00 a.m. on Friday, February 5, 2010.

Dated: November 16, 1009

Honorable Charles R. Breyer
United States District Judge



4828-5485-2869.1

- 3 -