1 | JASON RABINOWITZ, SBN 183822
DAVID C. COLEMAN, SBN 261418
2 | BEESON, TAYER & BODINE, APC
1404 Franklin Street, Fifth Floor
3 | Oakland, CA 94612
Telephone: (510) 625-9700
4 | Facsimile: (510) 625-8275
Email: DColeman@beesontayer.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**AT SAN FRANCISCO**

| | |
|---|---|
| JOEL OCHOA, SELVIN ZECENA, VICTOR M. HERNANDEZ, SANTOS GONZALEZ, VINCENT D. BURNS, JOEL LOMELI, MIGUEL A. GARCIA, GUSTAVO RODRIGUEZ, WILIAN R. RIVERA, JAVIER ELIAS, JUAN VASQUEZ, JUAN ESPANA, BENJAMIN HERNANDEZ, JULIO SIGUENZA, MARCO CHICAS, AGUSTIN LOPEZ, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STERICYCLE, INC.,<br><br>Defendant. | Case No. 3:08-CV-05219 CRB (ADR)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO REMOVE INCORRECTLY FILED DOCUMENT NO. 69 FROM THE DOCKET**<br><br>Courtroom: 8<br>Judge: Charles R. Breyer<br>Complaint Filed: November 19, 2008<br>Trial Date: |

The parties' Stipulation to Remove Incorrectly Filed Document was presented to this Court. The Court, having considered the motion for removal of the incorrectly filed Document No. 69, finds that there is good cause to grant the parties' request to permanently remove Document No. 69 from the record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Document No. 69, filed on November 25, 2009, in the above captioned case be permanently deleted from the court records.

**IT IS SO ORDERED**

1

**[PROPOSED] ORDER GRANTING REMOVAL OF INCORRECTLY FILED DOCUMENT**

[Proposed} Order Granting Motion to Remove Incorrectly Filed Document.doc

Case No. 3:08-CV-05219 CRB (ADR)

Dated: ____Dec. 14____, 2009  _____
HON. JUDGE CHARLES BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

**[PROPOSED] ORDER GRANTING REMOVAL OF INCORRECTLY FILED DOCUMENT**

Case No. 3:08-CV-05219 CRB (ADR)