1  BEESON, TAYER & BODINE, APC
   Jason Rabinowitz, SBN 183822
2  David C. Coleman, SBN 261418
   1404 Franklin Street, Fifth Floor
3  Oakland, CA  94612
   Telephone:   (510) 625-9700
4  Facsimile:   (510) 625-8275
   Email: jrabinowitze@beesontayer.com
5         dcoleman@beesontayer.com

6  Attorneys for Plaintiffs

7  PARSONS BEHLE & LATIMER
   Raymond J. Etcheverry
8  REtcheverry@parsonsbehle.com
   W. Mark Gavre
9  MGavre@parsonsbehle.com
   One Utah Center
10 201 South Main Street
   Suite 1800
11 Salt Lake City, Utah  84111
   Telephone:   801.532.1234
12 Facsimile:   801.536.6111

13 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL OCHOA, et al., | Case No. 3: 08-CV-05219 CRB |
| Plaintiffs, | **PARTIES' STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFFS' OVERTIME CLAIMS AND [PROPOSED] ORDER** |
| v. | |
| STERICYCLE, INC., | |
| Defendant. | |

On September 11, 2009, Defendant Stericycle, Inc. ("Stericycle") filed its Motion for Partial Summary Judgment ("Defendant's Motion"). Defendant's Motion requested that Plaintiffs' cause of action under the Fair Labor Standards Act and Plaintiffs' claims for overtime compensation based on their state-law causes of action be dismissed with prejudice based on the federal Motor Carrier Act exemption and the exemption in Section 3(L) of California Wage Order No. 9-2001. See Document No. 56.

By stipulation of the parties and order of this Court, the deadline for Plaintiffs to file an opposition memorandum to Defendant's Motion was January 7, 2010. <u>See</u> Documents No. 66 and 67.

Plaintiffs have decided not to oppose Defendant's Motion and agree to the dismissal with prejudice of Plaintiffs' Fair Labor Standards Act cause of action and their claims for overtime compensation based on their state-law claims.

Currently the hearing on Defendant's Motion is scheduled for Friday, February 5, 2010 at 10:00 a.m. Given that a hearing on Defendant's Motion is no longer necessary, the parties request that the time set for the hearing be reconstituted as a status conference with the Court to address the remaining procedural issues in the case.

Dated: January 8, 2010          PARSONS BEHLE & LATIMER

By: /s/ W. Mark Gavre
W. Mark Gavre

Attorneys for Defendant

Dated: January 8, 2010          BEESON, TAYER & BODINE, APC

By: /s/ Jason Rabinowitz
Jason Rabinowitz

Attorneys for Plaintiffs

- 2 -

4824-6669-4917.2

**ORDER**

Based on the stipulation of the parties and good cause set forth above, the Court hereby orders:

    (a)    Defendant's Motion for Partial Summary Judgment is granted;

    (b)    Plaintiffs' "Collective Cause of Action" under the Fair Labor Standards Act is dismissed with prejudice; and

    (c)    All of Plaintiffs' claims for overtime compensation based on their state-law causes of action (First through Tenth Causes of Action) are dismissed with prejudice.

    (d)    A status conference with the parties is set for Friday, February 5, 2010 at **8:30** ~~10:00~~ a.m. to address the remaining procedural issues in the case.

Dated: __January 11, 2010__

_____
Honorable Charles R. Breyer
United States District Judge



- 3 -

4824-6669-4917.2