IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL OCHOA, et al.,

    Plaintiffs,

v.

STERICYCLE, INC.,

    Defendant.

No. C 08-05219 CRB

**ORDER DISMISSING CASE**

Plaintiffs filed suit in this Court in November 2008, asserting federal question jurisdiction based on Plaintiff's Fair Labor Standards Act claim. See Cmplt. at ¶ 2. On January 11, 2010, the Court dismissed Plaintiff's FLSA claim pursuant to the parties' stipulation. See docket no. 75. In their most recent Joint Case Management Statement, the parties noted that the FLSA claim had been dismissed. See docket no. 76. The parties further noted that while diversity exists between the parties, the amount in controversy "does not appear to exceed the jurisdictional minimum." Id.

Accordingly, as the Court stated at the case management conference held on February 5, 2010, and in the interests of judicial economy, convenience, fairness and comity, the Court declines to exercise supplemental jurisdiction over the remaining state law claims. See 28

//

//

U.S.C. § 1367(c)(3); <u>Carnegie-Mellon Univ. v. Cohill</u>, 484 U.S. 343, 350 (1988). Thus, the remaining state law claims are DISMISSED, without prejudice to further filing in state court.

**IT IS SO ORDERED.**

Dated: February 5, 2010



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE